| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR5④04-CAB |
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| PEDRO ARTURO JARQUIN-RAMIREZ, | |
| Defendant. | |

FILED MAR 0 4 2019
CLERK U S DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
MMS DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Title 8 USC 1325 – Illegal Entry (Felony) and Title 8 USC 1325 – Illegal Entry (Misdemeanor)

Dated: 3/1/2019

Hon. Cathy Ann Bencivengo
United States District Judge